■ ARROW COMMUNICATION LABORATORIES, INC., Doing Business as ARCOM, Respondent, v PICO PRODUCTS, INC., Appellant. (Appeal No. 2.) [632 NYS2d 995] —Appeal unanimously dismissed without costs *(see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Reargument.) Present—Denman, P. J., Lawton, Doerr, Balio and Boehm, JJ.